WENDY HOLTON
CJA Supervising Attorney
Federal Defenders of Montana, Helena Office
50 West 14th Street, Suite 1
Helena, MT 59601
wendy_holton@fd.org
Phone: (406) 447-5753

## UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | **CA Case No. 26-3462** |
| | **D.C. No. CR 24-25-BU-DLC** |
| Plaintiff-Appellee, | |
| | **District of Montana** |
| vs. | **Butte Division** |
| ALAINA MARIE GARCIA, | *NUNC PRO TUNC* |
| | **MOTION FOR APPOINTMENT** |
| Defendant-Appellant. | **OF COUNSEL** |

Wendy Holton, CJA Supervising Attorney for the Federal Defenders of Montana, respectfully moves this Honorable Court for a *nunc pro tunc* order appointing counsel from the CJA Panel for Alaina Marie Garcia.

This Motion is made and based upon the following:

1. Defendant-Appellant Alaina Marie Garcia contacted the Federal Defenders of Montana on June 2, 2026, advising that she was seeking to have counsel appointed to her Court of Appeals case. Because of a conflict with the Federal Defender office, the case was referred to the CJA Unit.

2. The CJA Unit contacted Panel Attorney Stephen R. Hormel, who

1

agreed to represent Ms. Garcia. A completed and signed CJA 23 Financial Affidavit was obtained from Ms. Garcia. Because it contains confidential financial information it is filed separately *under seal*.

3.      The undersigned believes appointment of counsel is necessary and justified pursuant to the Sixth Amendment of the United States Constitution. If the Court determines that Ms. Garcia is financially eligible, the undersigned respectfully suggests that she is entitled to counsel under the Sixth Amendment to the United States Constitution, the Criminal Justice Act (18 U.S.C. § 3006A(a)(1)(H) and (2)), and the CJA Plan for the District of Montana (§III.A.1.a and k.).

WHEREFORE, the undersigned prays that a *nunc pro tunc* Order be entered appointing Criminal Justice Act Panel Attorney Stephen R. Hormel, Hormel Law Office, LLC, 17722 E. Sprague Avenue, Spokane, WA 99016, to represent Alaina Marie Garcia without payment of any sum toward defense costs in this matter. The undersigned respectfully requests a *nunc pro tunc* date of appointment for June 3, 2026.

RESPECTFULLY SUBMITTED this 3rd day of June, 2026.

/s/ *Wendy Holton*
CJA Supervising Attorney

**CERTIFICATE OF SERVICE**
**Fed.R.App.P. 25**

I hereby certify that on June 3, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party carrier for delivery within 3 calendar days, to the following non-CM/ECF participants:

ALAINA MARIE GARCIA
Defendant-Appellant

/s/ Wendy Holton
CJA Supervising Attorney

3